**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**FRITZROY THOMPSON,**

**Plaintiff,**

**- against -**

**METRO-NORTH RAILROAD,**

**Defendant.**

---

**26-cv-3940 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

By August 28, 2026, the parties are directed to provide a status report to the Court including the proposed date for the Rule 26(f) Report. The parties should explain why it is necessary to extend the mediation deadline by nine months.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 20, 2026**

**_____/s/ John G. Koeltl__________**
**John G. Koeltl**
**United States District Judge**