**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**FRITZROY THOMPSON,**

**Plaintiff,**

**- against -**

**METRO-NORTH RAILROAD,**

**Defendant.**

---

**26-cv-3940 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties should submit a Rule 26(f) Report by September 22, 2026. The September 15, 2026 conference is canceled.

**SO ORDERED.**

**Dated: New York, New York**
**August 31, 2026**

**_____/s/ John G. Koeltl__________**
**John G. Koeltl**
**United States District Judge**