UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRITZROY THOMPSON,

Plaintiff,

- against -

METRO-NORTH RAILROAD,

Defendant.

**26-cv-3940 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties were ordered to submit a Rule 26(f) Report by **September 22, 2026.** No 26(f) Report has been filed. The parties should submit a Rule 26(f) Report by **October 1, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
September 24, 2026

John G. Koeltl
United States District Judge